ACCEPTED
06-15-00044-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/6/2015 4:08:21 PM
DEBBIE AUTREY
CLERK

**Cause No. 06-15-00044-CV**

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/6/2015 4:08:21 PM
DEBBIE AUTREY
~~Clerk~~

BURLINGTON RESOURCES OIL & GAS COMPANY, LP,

*Appellant,*

V.

PETROMAX OPERATING CO., INC., WOODBINE ACQUISITION, LLC,
PETRO TEXAS, LLC, CH4 ENERGY II, LLC , AND
TEXCAL ENERGY SOUTH TEXAS, L.P.,

*Appellees.*

**APPELLEES' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE BRIEFS**

Greg W. Curry
Richard B. Phillips, Jr.
Gregory D. Binns
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: 214-969-1700
Fax: 214-969-1751

**COUNSEL FOR APPELLEE
WOODBINE ACQUISITION, LLC
N/K/A MD AMERICA ENERGY LLC**

David J. Beck
David M. Gunn
Thomas E. Ganucheau
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Phone: 713-951-3700
Fax: 713-951-3720

Brad D'Amico
CANTEY HANGER LLP
1999 Bryan Street, Suite 3300
Dallas, Texas 75201
Phone: 214-978-4100
Fax: 214-978-4150

**COUNSEL FOR APPELLEE
PETROMAX OPERATING CO., INC.**

[ADDITIONAL COUNSEL LISTED ON THE NEXT PAGE]

David J. Beck
David M. Gunn
Thomas E. Ganucheau
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Phone: 713-951-3700
Fax: 713-951-3720

**COUNSEL FOR APPELLEES**
**PETRO TEXAS LLC**
**CH4 ENERGY II, LLC**

Deborah Hankinson
Stephanie Dooley Nelson
HANKINSON LLP
750 N. St. Paul St., Suite 1800
Dallas, Texas 75201
Phone: 214-754-9190
Fax: 214-754-9140

Jesse R. Pierce
Brian K. Tully
PIERCE & O'NEILL LLP
4203 Montrose Boulevard
Houston, Texas 77006
Phone: 713-634-3600
Fax: 713-634-3601

**COUNSEL FOR APPELLEE**
**TEXCAL ENERGY SOUTH**
**TEXAS, LP**

To The Honorable Court of Appeals:

1.      Under Rules 2, 10.5(b), and 38.6(d), Appellees PetroMax Operating Co., Inc., Woodbine Acquisition, LLC n/k/a MD America Energy LLC, Petro Texas LLC, CH4 Energy II, LLC, and TexCal Energy South Texas, LC respectfully request a 30-day extension of time to file their response briefs.

2.      This is an appeal from an order granting summary judgment and an order denying summary judgment in Cause No. 12-13130-012-10 in the 12th Judicial District Court of Madison County. Appellant Burlington Resources Oil & Gas Company LP received two extensions of time on the deadline for its brief, and filed its brief on October 20, 2015. Therefore, the appellees' briefs are currently due on Friday, November 20, 2015.

3.      The requested 30-day extension would make the response briefs due on Monday, December 21, 2015.[1]

---

[1]     Because the 30th day after November 20 falls on Sunday, December 20, the deadline would automatically be extended to Monday, December 21. *See* TEX. R. APP. P. 4.1(a).

4. This is Appellees' first request for an extension of time to file their response briefs.

5. Counsel for Appellant Burlington Resources Oil & Gas Company, LP has indicated that Appellant is not opposed to the requested extension.

6. Appellees request this extension of time because their counsel have been (and will be) occupied with other matters, which will prevent them from dedicating the time necessary to finish their response briefs before the current deadline.

7. Richard B. Phillips, Jr., who is lead appellate counsel for Woodbine Acquisition, LLC n/k/a MD America Energy LLC had an oral argument in the Thirteenth Court of Appeals on October 22 in Cause No. 13-14-00428-CV, *Alma Investments, Inc. v. Bahia Mar Co-Owners Association, Inc.* and an oral argument in the Fifth Court of Appeals on October 27 in Cause No. 15-14-01318-CV, *Tatum v. Hersh.* During the weeks of October 26 and November 2, Mr. Phillips was involved in an emergency mandamus proceeding in the Fifth Court of Appeals (Cause No. 05-15-01304-CV, *In re Gearbox Software LLC*)

and the Supreme Court of Texas (Cause No. 15-0836, *In re Martel*). Mr. Phillips has also been occupied with a mandamus proceeding in the United States Court of Appeals for the Fifth Circuit (No. 15-41501, *In re Devon Energy Production Co., L.P.*). Looking forward, Mr. Phillips has a motion for rehearing due in the United States Court of Appeals for the Second Circuit on November 13 (Cause No. 14-3852, *Highland Capital Management LP v. U.S.*) and a brief on the merits due in the Supreme Court of Texas on November 23 in Cause No. 15-0232, *Levinson Alcoser Associates, L.P. v. El Pistolon II, Ltd.* These matters (and others) will prevent Mr. Phillips from dedicating sufficient time to the brief in the case.

8. David M. Gunn, lead appellate counsel for PetroMax Operating Co., Inc., Petro Texas LLC, and CH4 Energy II, LLC has a reply in support of a petition for review due in the Texas Supreme Court on November 6, 2015 in Cause No. 15-0155, *Endeavor Resources, L.P. v. Discovery Operating, Inc.* and an appellant's brief due in the Dallas Court of Appeals on November 12, 2015 in Cause No. 05-15-00001-CV, *The Goodyear Tire & Rubber Company v. Rogers*.

9. Deborah Hankinson, lead appellate counsel for TexCal Energy South Texas, LP, will be preparing a reply to a motion for rehearing in the Texas Supreme Court in Cause No. 14-0302, *Chesapeake Exploration, L.L.C. v. Hyder*, a petition for writ of mandamus in *In re Davenport* in the Texas Supreme Court, and a petitioner's brief on the merits in Cause No. 15-0133, *West Star Transportation, Inc. v. Robison*. She will also be occupied with summary-judgment briefing in Cause No. 348-000000-15, *In re: Chesapeake Barnett Royalty Litigation* in the 348th Judicial District Court of Tarrant County. She will also be conducting several court-ordered mediations and arbitrations.

10. Because of these circumstances, Appellees will need additional time to prepare their response briefs.

WHEREFORE, Appellees respectfully request that this Court extend the deadline for their response briefs to Monday, December 21, 2015. Appellees further request general relief.

Respectfully submitted,

THOMPSON & KNIGHT LLP

BY: /s/ Richard B. Phillips, Jr.
    Greg W. Curry
    State Bar No. 05270300
    greg.curry@tklaw.com

    Richard B. Phillips, Jr.
    State Bar No. 24032833
    rich.phillips@tklaw.com

    Gregory D. Binns
    State Bar No. 24027148
    greg.binns@tklaw.com

One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1700
Fax: (214) 969-1751

**COUNSEL FOR APPELLEE**
**WOODBINE ACQUISITION, LLC**
**N/K/A MD AMERICA ENERGY LLC**

BECK REDDEN LLP

BY: /s/ David M. Gunn
    David J. Beck
    State Bar No. 00000070
    dbeck@beckredden.com

    David M. Gunn
    State Bar No. 08621600
    dgunn@beckredden.com

    Thomas E. Ganucheau
    State Bar No. 00784104
    tganuchaeu@beckredden.com

1221 McKinney Street, Suite 4500
Houston, Texas 77010
Phone: 713-951-3700
Fax: 713-951-3720

**COUNSEL FOR APPELLEES**
**PETRO TEXAS LLC**
**CH4 ENERGY II, LLC**

HANKINSON LLP

BY: /s/ Deborah Hankinson
Deborah Hankinson
State Bar No. 00000020
dhankinson@hankinsonlaw.com

Stephanie Dooley Nelson
State Bar No. 24002006
snelson@hankinsonlaw.com

750 N. St. Paul St., Suite 1800
Dallas, Texas 75201
Phone: 214-754-9190
Fax: 214-754-9140

Jesse R. Pierce
Brian K. Tully
PIERCE & O'NEILL, LLP
4203 Montrose Boulevard
Houston, Texas 77006
Phone: 713-634-3600
Fax: 713-634-3601

**COUNSEL FOR APPELLEE**
**TEXCAL ENERGY SOUTH**
**TEXAS, LP**

BECK REDDEN LLP

BY: /s/ David M. Gunn
David J. Beck
State Bar No. 00000070
dbeck@beckredden.com

David M. Gunn
State Bar No. 08621600
dgunn@beckredden.com

Thomas E. Ganucheau
State Bar No. 00784104
tganuchaeu@beckredden.com

1221 McKinney Street, Suite 4500
Houston, Texas 77010
Phone: 713-951-3700
Fax: 713-951-3720

Brad D'Amico
State Bar No. 00783923
bd@canteyhanger.com
CANTEY HANGER LLP
1999 Bryan Street, Suite 3300
Dallas, Texas 75201
Phone: 214-978-4100
Fax: 214-978-4150

**COUNSEL FOR APPELLEE**
**PETROMAX OPERATING CO., INC.**

## CERTIFICATE OF CONFERENCE

On October 22, 2015, I emailed Kirsten Castaneda, counsel for Appellant Burlington Resources Oil & Gas Company, LP about the foregoing motion. Ms. Castaneda replied by email and indicated that Appellant is not opposed to the requested 30-day extension.


/s/ Richard B. Phillips, Jr.
Richard B. Phillips, Jr.


## CERTIFICATE OF SERVICE

On November 6, 2015, a copy of this motion was served on counsel for Appellant Burlington Resources Oil & Gas Company, LP, by electronic service.


/s/ Richard B. Phillips, Jr.
Richard B. Phillips, Jr.